# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2014

## NO. 03-13-00805-CV

**Andrea Chambers, Appellant**

**v.**

**Bank of America, N. A., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on April 24, 2013. Having reviewed the record, the Court holds that Andrea Chambers has not prosecuted her appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.